NICHOLAS F. REYES # 102114
ATTORNEY AT LAW
1107 R STREET
FRESNO, CALIFORNIA 93721
Telephone:  559.486.4500
Fax:             559.486.4533
Email: nfreyeslaw@gmail.com
Cell:            559.259.4287

Attorney for Defendant
**JORGE PEREZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO. 1:21-CR-00113-NONE-SKO** |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATED ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | ) ) | |
| JORGE PEREZ, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Defendant, JORGE PEREZ, by and through counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JUSTIN J. GILIO, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

WHEREAS, based upon recommendation of Pretrial Services, the parties are in agreement and request this Court approve the following additional pretrial release condition.

///

///

1

IT IS HEREBY STIPULATED AS FOLLOWS:

## ADDITIONAL CONDITIONS OF RELEASE

*"Paragraph 7(l): You must participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO, you must pay all or part of the costs of the counseling services based upon your ability to pay as determined by the PSO."*

All previously imposed conditions, not in conflict with this order, shall remain in full force and effect as found in the prior court order, Document 20, filed April 19, 2021, in the above referenced case.

Dated: May 26, 2022           /s/ Justin J. Gilio
                              JUSTIN J. GILIO, AUSA

Dated: May, 26, 2022          /s/ Nicholas F. Reyes
                              NICHOLAS F. REYES, ESQ.

IT IS SO ORDERED.

Dated: **May 27, 2022**

UNITED STATES MAGISTRATE JUDGE