NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
JORGE PEREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JORGE PEREZ,<br><br>　　　　　　Defendant. | CASE NO. 1:21-CR-00113-2-JLT<br><br>STIPULATION TO CONTINUE SENTENCING |

　　　Defendant, JORGE PEREZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JUSTIN J. GILIO, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, June 17, 2024, at 9:00 a.m. be continued to Monday, August 26, 2024 at 9:00 a.m. in the courtroom for the Honorable Jennifer L. Thurston, District Judge.

　　　The continuance is necessary and good cause exists because Defendant requires additional time to prepare his sentencing memorandum and mitigating factors. Both the government and the defense requires the additional time to finalize their sentencing positions. This would critically affect the outcome of the final sentence and is in the interest of justice.

1

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for June 17, 2024, at 9:00 a.m. be continued to August 26, 2024 at 9:00 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 06/11/2024

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 06/11/2024

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant U.S. Attorney

**IT IS SO ORDERED**

Dated: June 13, 2024

JUDGE JENNIFER L. THURSTON

2