NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
JORGE PEREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00113-2-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| JORGE PEREZ, | |
| Defendant. | |

Defendant, JORGE PEREZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JUSTIN J. GILIO, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, August 26, 2024, at 9:00 a.m. be continued to Monday, November 6, 2024 at 9:00 a.m. in the courtroom for the Honorable Jennifer L. Thurston, District Judge.

The continuance is necessary and good cause exists because both the government and the defense require the additional time to finalize their sentencing positions.  This would critically affect the outcome of the final sentence and is in the interest of justice.

///

///

1

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for August 26, 2024, at 9:00 a.m. be continued to November 6, 2024 at 9:00 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 08/20/2024

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 08/20/2024

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **August 21, 2024**

UNITED STATES DISTRICT JUDGE