NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
JORGE PEREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JORGE PEREZ,<br><br>                              Defendant. | CASE NO.  1:21-CR-00113-JLT-SKO<br><br>STIPULATION TO CONTINUE DATE FOR SELF-SURRENDER; ORDER |

        Defendant, JORGE PEREZ, by and through his counsel of record, NICHOLAS F.

REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of

record, JUSTIN GILIO, Assistant United States Attorney for the Eastern District of

California, hereby stipulate that the date for self-surrender in the  above-referenced case

currently scheduled for Monday, May 12, 2025 be continued to Monday, June 1, 2025.

Defendant shall self-surrender to the U.S. Marshal or facility by June 1, 2025.  Furthermore,

the parties agree that no more continuances will be allowed

**IT IS SO STIPULATED**

                                        Respectfully submitted,


Dated: May 6, 2025                      /s/ Nicholas F. Reyes
                                        NICHOLAS F. REYES
                                         Attorney for Defendant

1

**IT IS SO STIPULATED**

Dated: May 6, 2025

/s/ JUSTIN GILIO
JUSTIN GILIO
Assistant U.S. Attorney

**IT IS SO ORDERED**

Dated:  May 7, 2025

_____
JUDGE JENNIFER L. THURSTON

2